429 A.2d 75

Sentry Insurance etc., Appellant v. Colletto.

■ Argued November 15, 1979. Nora Fischer, for appellant; Kim Bobrawsky, for appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.

HOFFMAN, J. filed a memorandum concurring statement.

429 A.2d 76

Stauffer et al. v. West Main Street Assoc.

Appeal of Penn Title Insurance Company.

Argued December 5, 1979. Brett A. Huckabee, for appellant; Stuart N. Cohen, for appellees.

Before SPAETH, CAVANAUGH and CIRILLO, JJ.*

The order of the lower court is hereby affirmed.

* Judge Vincent A. Cirillo, of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.